Form 3A

**United States Bankruptcy Court**
**Northern District of Illinois**

In re   Bray N Harris-Walker
                                        Debtor(s)

Case No.   07-15514
Chapter    13

## APPLICATION TO PAY FILING FEE IN INSTALLMENTS

1. In accordance with Fed. R. Bankr. P. 1006, I apply for permission to pay the Filing Fee amounting to $ 0.00 in installments.

2. I am unable to pay the filing fee except in installments.

3. Until the filing fee is paid in full, I will not make any additional payments or transfer any additional property to an attorney or any other person for services in connection with this case.

4. I propose the following terms for the payment of the Filing Fee.*

   $ 0.00  Check one   ■ With the filing of the petition, or
                        □ On or before   9-7-07

   $ 68.50  on or before  10-7-07
   $ 68.50  on or before  11-07-07
   $ 68.50  on or before  12-07-07

**FILED**
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

AUG 27 2007

KENNETH S. GARDNER, CLERK
PS REP. - SJ

* The number of installments proposed shall not exceed four (4), and the final installment shall be payable not later than 120 days after filing the petition. For cause shown, the court may extend the time of any installment, provided the last installment is paid not later than 180 days after filing the petition. Fed. R. Bankr. P. 1006(b)(2).

5. I understand that if I fail to pay any installment when due, my bankruptcy case may be dismissed and I may not receive a discharge of my debts.

Date  August 24, 2007                    Signature  _Bray Harris Walker_
                                                    Bray N Harris-Walker
                                                    Debtor

_____
Attorney for Debtor(s)

Software Copyright (c) 1996-2005 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                Best Case Bankruptcy

Form 3A Contd.
(10/05)

# United States Bankruptcy Court
## District Of _____Illinois_____

In re Bray N Harris-Walker,
Debtor

Case No. 07-15514

Chapter 13

### ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

☐   IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

☐   IT IS ORDERED that the debtor(s) shall pay the filing fee according to the following terms:

$ _____   Check one  ☐ With the filing of the petition, or
                          ☐ On or before _____

$ _____ on or before _____

$ _____ on or before _____

$ _____ on or before _____

☐   IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

BY THE COURT

**KENNETH S. GARDNER**
Clerk, U.S. Bankruptcy Court

Date: AUG 2 7 2007

Kenneth S. Gardner, Clerk of the Court